BRIGHTON BEACH RACING ASSOCIATION, Appellant, *v.* THE HOME INSURANCE COMPANY, Respondent.

*Brighton Beach Racing Assn.* v. *Home Ins. Co.,* 113 App. Div. 728, affirmed.

(Argued June 6, 1907; decided October 1, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 22, 1906, affirming a judgment in favor of defendant entered upon a decision of the court on trial without a jury in an action to recover upon a policy of fire insurance.

*Frank Paine Reilly* and *Charles H. Hyde* for appellant.

*George Richards* and *Alfred B. Nathan* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, VANN, WILLARD BARTLETT and HISCOCK, JJ. Absent: HAIGHT, J.